Stephanie Van Marter
Acting United States Attorney
Eastern District of Washington
Brandon L. Pang
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7/9/25

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NAZARIO CENDEJAS,<br><br>　　　　　　Defendant. | 4:25-cr-06025-MKD<br><br>INDICTMENT<br><br>Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br>Distribution of 50 Grams or More of Actual (Pure) Methamphetamine<br>(Counts 1, 2, & 3)<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about June 21, 2024, in the Eastern District of Washington, the Defendant, NAZARIO CENDEJAS, did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

INDICTMENT – 1

## COUNT 2

On or about July 17, 2024, in the Eastern District of Washington, the Defendant, NAZARIO CENDEJAS, did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 3

On or about September 18, 2024, in the Eastern District of Washington, the Defendant, NAZARIO CENDEJAS, did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, the Defendant, NAZARIO CENDEJAS, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property, as a result of any act or omission of the Defendant:

INDICTMENT – 2

1     a.     cannot be located upon the exercise of due diligence;

2     b.     has been transferred or sold to, or deposited with, a third party;

3     c.     has been placed beyond the jurisdiction of the court;

4     d.     has been substantially diminished in value; or

5     e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 9 day of July 2025.

A TRUE BILL

*Stephanie Van Marter* (signature)
Stephanie Van Marter
Acting United States Attorney

*Brandon L. Pang* (signature)
Brandon L. Pang
Assistant United States Attorney

INDICTMENT – 3